UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LISA JACOBS,

                          Plaintiff,

               -vs-                                      00CV-1015C(SC)

SUNY AT BUFFALO SCHOOL OF MEDICINE,
ROSWELL PARK CANCER INSTITUTE,

                          Defendants.

---

      The above-referenced case was referred to Magistrate Hugh B. Scott pursuant to Title 28 U.S.C. § 636(b)(1)(B). On March 28, 2007, Magistrate Judge Scott filed a Report and Recommendation recommending that the defendants' motion for summary judgment be granted and the complaint dismissed.

      Plaintiff requested an extension of time in which to file objections to the Report and Recommendation. In an order of April 20, 2007, Magistrate Judge Scott directed plaintiff to file objections by May 26, 2007. No objections have been filed.

      The court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

      ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, the motion of the defendants for summary judgment is granted, and the case is dismissed.

So ordered.

\_\_\_\_\s\ John T. Curtin\_\_
JOHN T. CURTIN
United States District Judge

Dated:   6/4   , 2007
p:\pending\2000\00-1015.may3107